| Case No.: | 19-40148 | | Trustee Name: | Michael A. Stevenson |
|---|---|---|---|---|
| Case Name: | RADLICK, DANIEL THOMAS | | Date Filed (f) or Converted (c): | 03/25/2021 (c) |
| For the Period Ending: | 08/03/2021 | | §341(a) Meeting Date: | 04/22/2021 |
| | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 2008 Cadillac STS Mileage: 148,000 Other Information: Location: 8905 E. Jefferson Ave. Apt. 603, Detroit MI 48214 Market value based on nada.com | $3,575.00 | $0.00 | | $0.00 | FA |
| 2 | Various household goods and furnishings Location: 8905 E. Jefferson Ave. Apt. 603, Detroit MI 48214 | $1,000.00 | $0.00 | | $0.00 | FA |
| 3 | Various household electronics Location: 8905 E. Jefferson Ave. Apt. 603, Detroit MI 48214 | $1,500.00 | $0.00 | | $0.00 | FA |
| 4 | Various books, art, photos, cds, dvds Location: 8905 E. Jefferson Ave. Apt. 603, Detroit MI 48214 | $400.00 | $0.00 | | $0.00 | FA |
| 5 | Canon DLSR Camera ($150.00), Fender Jaguar Bass Guitar ($600.00) and Amplifier/Cables/Pedals ($400.00) Location: 8905 E. Jefferson Ave. Apt. 603, Detroit MI 48214 | $1,150.00 | $0.00 | | $0.00 | FA |
| 6 | Various articles of used clothing Location: 8905 E. Jefferson Ave. Apt. 603, Detroit MI 48214 | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Various rings, earrings, necklaces, bracelets, watches and other miscellaneous jewelry Location: 8905 E. Jefferson Ave. Apt. 603, Detroit MI 48214 | $5.00 | $0.00 | | $0.00 | FA |
| 8 | Pet Chinchilla Location: 8905 E. Jefferson Ave. Apt. 603, Detroit MI 48214 | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Cash on Hand Location: 8905 E. Jefferson Ave. Apt. 603, Detroit MI 48214 | $10.00 | $0.00 | | $0.00 | FA |
| 10 | Checking Bank of America | $441.00 | Unknown | | $0.00 | Unknown |
| 11 | Savings Bank of America | $0.00 | Unknown | | $0.00 | Unknown |
| 12 | 401(k) Fidelity | $6,716.40 | $0.00 | | $0.00 | FA |
| 13 | Security Deposit East Jefferson Properties, LLC | $850.00 | $0.00 | | $0.00 | FA |
| 14 | Term life insurance through employer Policy has no cash surrender value Sarah Yang | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Northwestern Mutual term life insurance policy insuring self Policy has no cash surrender value Sarah Yang | $0.00 | Unknown | | $0.00 | Unknown |
| 16 | Northwestern Mutual term life insurance policy insuring Sarah Yang Policy has no cash surrender value Daniel Radlick | $0.00 | Unknown | | $0.00 | Unknown |
| | SUBTOTALS | | | | $0.00 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 19-40148 | Trustee Name: | Michael A. Stevenson |
| Case Name: | RADLICK, DANIEL THOMAS | Date Filed (f) or Converted (c): | 03/25/2021 (c) |
| For the Period Ending: | 08/03/2021 | §341(a) Meeting Date: | 04/22/2021 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17 | Funds garnished 90 days prior to filing | $2,696.40 | $0.00 | | $0.00 | FA |
| 18 | 2020 tax refund (u) | $0.00 | Unknown | | $0.00 | Unknown |
| 19 | Dave Financial account (u) | $0.00 | Unknown | | $0.00 | Unknown |
| 20 | Robinhood account (u) | $0.00 | Unknown | | $0.00 | Unknown |
| 21 | potential personal injury lawsuit (u) | $0.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**                                   **Gross Value of Remaining Assets**
                             $18,843.80           $0.00                             $0.00              $0.00

**Major Activities affecting case closing:**
06/01/2021    Trustee is investigating the value of the Debtor's assets.

**Initial Projected Date Of Final Report (TFR):**    05/27/2023        /s/ MICHAEL A. STEVENSON
**Current Projected Date Of Final Report (TFR):**    05/27/2023        MICHAEL A. STEVENSON